UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------------X
                                                                  :
EBONY EDWARDS,                                                    :
                                                                  :
                           Plaintiff,                             :
                                                                  :      19-cv-10222 (LJL)
      -v-                                                         :
                                                                  :      ORDER
BILLIE DYKES, ET AL,                                              :
                                                                  :
                           Defendants.                            :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/14/2020

LEWIS J. LIMAN, United States District Judge:

On February 25, 2020, the Court held an Initial Pretrial Conference in this case. On the same day, the Court imposed a Civil Case Management Plan and Scheduling Order (Dkt. No. 9.) There was no docket activity from then until yesterday, when the parties filed a "Proposed Scheduling Order" (Dkt. No. 10) that purports to modify significantly the deadlines and specifications that had been established in the Civil Case Management Plan and Scheduling Order. For example, the Proposed Scheduling Order extends the discovery deadline by three months and removes the Court's trial-ready date. (*Id.*)

Federal Rule of Civil Procedure 16(b)(4) provides that "[a] schedule may be modified only for good cause and with the judge's consent."

The Proposed Scheduling Order does not attempt to demonstrate good cause. It provides no explanation for the requested modifications. Accordingly, the application for an extension of the discovery deadlines, in its current form, is DENIED WITHOUT PREJUDICE to renewal upon a properly supported application demonstrating good cause. *See generally Furry Puppet Studio Inc. v. Fall Out Boy et al*, No. 19-cv-02345 (LJL), Dkt. No. 91 (S.D.N.Y. Feb. 24, 2020).

SO ORDERED.

Dated: April 14, 2020
New York, New York                    _____
                                              LEWIS J. LIMAN
                                           United States District Judge

1